JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS ASATRYAN,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>TODD LYONS, et al.,<br><br>　　　　　　Respondents. | Case No. 5:26-cv-01895-MBK<br><br>JUDGMENT |

Pursuant to the Court's Order Granting Petition for Habeas Corpus, IT IS ADJUDGED that the petition is GRANTED.

Dated: April 24, 2026

_____
HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE